UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE WILDASIN,

    Plaintiff,

v.                                          Case No: 8:12-cv-617-T-30EAJ

RF SUPPLY, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Dismissal With Prejudice (Dkt. #3).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of June, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-617 dismiss 3.docx